# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE D. DELANEY,<br><br>Petitioner,<br><br>v.<br><br>ELVIN VALENZUELA, Warden of CMC,<br><br>Respondent. | Case No. 1:15-cv-01289-BAM  HC<br><br>ORDER DIRECTING PETITIONER TO AMEND HIS PETITION BY SIGNING IT<br><br>(Docs. 10 and 11) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner moves for clarification of the Court's order directing him to amend his petition.  Doc. 10.

A petition for writ of habeas corpus must "be signed under penalty of perjury by the petitioner or by a person authorized to sign if for the petition under 28 U.S.C. § 2242."  Rule 2(c)(5) of the Rules Governing 2254 Cases.  Although Petitioner signed the declaration in support of his request to proceed *in forma pauperis*, Petitioner failed to sign the petition itself.  As a result, the Court was required dismiss the petition.  The sole amendment required is that Petitioner must sign his petition under penalty of perjury as required by Rule 2(c)(5) of the Rules Governing 2254 Cases.

Petitioner also requests an extension of time in which to file his amended petition.  Accordingly, the Court hereby GRANTS petitioner's request for a thirty-day extension of time (to October 25, 2015) in which to submit an amended petition.

IT IS SO ORDERED.

Dated:  **September 15, 2015**          /s/ Barbara A. McAuliffe          
UNITED STATES MAGISTRATE JUDGE

1