# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DEFORE DELANEY,<br><br>Petitioner,<br><br>v.<br><br>ELVIN VALENZUELA, Warden of CMC,<br><br>Respondent. | CASE NO. 1:15-cv-01289-LJO-SKO  HC<br><br>ORDER STRIKING DOCUMENT 27 GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 27) |

On March 28, 2016, this Court denied Petitioner's untimely motion for an extension of time to file opposition to Respondent's motion to dismiss. The order was duly filed. Thereafter, a form order granting an extension of time was inadvertently filed in the above-captioned case as Document 27.

The Court hereby ORDERS that Document 27, which erroneously states that the Court has granted Petitioner's motion to enlarge time was granted, be STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 28, 2016**               **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

1