# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE DEFORE DELANEY,<br><br>Petitioner,<br><br>v.<br><br>ELVIN VALENZUELA, Warden, California Men's Colony,<br><br>Respondent. | Case No. 1:15-cv-01289-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Josie Gastelo has succeeded Elvin Valenzuela as warden of California Men's Colony, Sacramento, in San Luis Obispo, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Josie Gastelo, Warden, California Men's Colony, as Respondent.

IT IS SO ORDERED.

Dated:  **June 17, 2016**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE